UNITED STATES DITRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DONNIE MYERS,
        Plaintiff,

v.                                          NO. 1:14-CV-10259 - JGD

DEUTSCHE BANK TRUST AMERICAS AS
  TRUSTEE FOR RALI 2006-QS4,
        Defendant.

_____

## AMENDED COMPLAINT AND REQUEST FOR EQUITABLE RELIEF
## LEAVE TO FILE GRANTED ON APRIL 1, 2014, ECF #23

1. Plaintiff Donnie Myers (HEREAFTER: "PLAINTIFF") is an individual residing at 50 Magnolia Street, Boston, Suffolk County, Massachusetts.

2. Defendant Deutsche Bank Trust Company of America, as Trustee of RALI 2006, QS4 (HEREAFTER: "DEFENDANT"), is a foreign banking corporation duly organized under the laws of New York.

### FACTS

3. Defendant filed a Complaint to Foreclose under the Servicemembers Civil Relief Act in the Massachusetts Land Court Department (see Exhibit A attached hereto and incorporated herein by reference) along with a Mortgagee's Affidavit (see Exhibit B attached hereto and incorporated herein by reference).

4. In 2006, Plaintiff obtained an original mortgage with Homecoming Financial (HEREAFTER: "Homecoming"). At that time, Plaintiff signed a note in the amount of $424,000.00.

5. Without receiving a notice of assignment or transfer, the Homecoming mortgage and note were allegedly assigned to GMAC Mortgage (Hereafter: "GMAC").

6. GMAC has never established ownership of the note and mortgage and cannot prove the same;

7. Since 2009, Plaintiff had extensive correspondence with GMAC mortgage.

8. At various times GMAC Mortgage has claimed ownership of the note and mortgage and, on one occasion, in the same letter that it *claimed* ownership of the note and mortgage, GMAC Mortgage *denied* ownership of the note and mortgage.

9. Since 2012, Ocwen Loan Servicing (HEREAFTER: "Ocwen") has claimed ownership of the note and mortgage but cannot establish the same.

10. Defendant has never claimed ownership of the note and mortgage, either individually or as trustee, nor had any dealings with Plaintiff.

11. Defendant claims that it is acting as a trustee, but, there is no evidence of a trust in existence, where the trust came from, who created the trust, the instrument creating it, or any record in the Suffolk County Registry of Deeds or the Commonwealth's Secretary of State. There is no explanation of RALI 2006-QS4 in existence to Plaintiff's knowledge.

12. In 2009, Defendant commenced foreclosure proceedings against Plaintiff.

13. Defendant opposed the foreclosure.

14. As a result of its failure to proceed, the Defendant's foreclosure action lapsed.

15. In 2012, Defendant commenced a new foreclosure proceeding.

16. For nearly 12 months, Defendant failed to serve Orders of Notice on Plaintiff.

17. In January, 2013, Defendant filed a defective return of service by publication wherein Defendant's return of service to the Land Court failed both to include the original newspaper publication and the original green card as required by law.  See

Exhibit C attached hereto and incorporated herein by reference. Also, see Massachusetts General Laws, Chapter 244, §14.

18. Three Orders of Notice for personal service expired. On October 28, 2013, a fourth Order of Notice was issued returnable November 25, 2013. See Exhibit D attached hereto and incorporated herein by reference.

19. On November 5, 2012, a return of service was filed, stating that service on Plaintiff was made at 29 Old Onset Road, Onset, Plymouth County, Massachusetts in violation of Massachusetts General Laws Chapter 244, §14 as Plaintiff never lived there or had a residence there.

20. This allegation was fraudulent as Defendant knew that Plaintiff did not reside outside of Suffolk County.

21. For nearly thirty years, Plaintiff has primarily resided at 50 Magnolia Street, Boston, Suffolk County, Massachusetts.

22. Defendant knew and was aware that Plaintiff did not reside at the Plymouth County address and purposely made service with the intent of preventing a timely response by Plaintiff.

23. Defendant had no reason to believe that Plaintiff resided outside of Suffolk County.

24. Defendant was aware from its own Land Court pleadings that Plaintiff resided in Suffolk County.

25. Defendant purposely made service in Plymouth County to insure that Plaintiff never got notice to defend this action.

26. Defendant cannot deny knowing Plaintiff's address as it is listed on the complaint and mortgagee's affidavit (see Exhibits A and B respectively).

## COUNT ONE:  FRAUD

27. Plaintiff restates and re-avers his responses to all paragraphs above as if expressly set forth herein.

28. Plaintiff has had substantial correspondence with GMAC Mortgage and Ocwen Loan Servicing, but has had no correspondence with Defendant.

29. Defendant in its pleadings and correspondence has misled and deceived Plaintiff by purposeful misrepresenting and failing to give full and accurate information.

30. Plaintiff has repeatedly asked for information relative to the various transfers and proper parties and did not receive any satisfactory answers to previous alleged mortgage and note holders.

31. Defendant failed to give Plaintiff full financial information in order to enable him to refinance or obtain another mortgage.

32. On one occasion, information was given from internal documents as to payments which were unintelligible.

33. That the Defendant's pattern has been of systematic and continuing pattern of fraud and deception and refusal to clarify important and necessary financial information for the Plaintiff borrower.

34. Defendant brought the foreclosure action in 2009 which, after opposition by Plaintiff, let the action lapse in 2012.

35. In 2012, Defendant brought a new foreclosure action.

36. This foreclosure action was brought under the Soldier's and Sailor's Relief Act. Plaintiff does not challenge the Soldier's and Sailor's Relief Act, only Defendant's standing to bring the action.

37. Under the laws of the Commonwealth of Massachusetts, a foreign corporation doing business in Massachusetts, including bank corporations are required to have a registered agent. Defendant does not have a registered agent although other Deutsche Bank entities do have registered agents..

38. Deutsche Bank Trust Americas does substantial litigation in Massachusetts.

39. In *Beaton v. Land Court*, 367 Mass. 385 (1975), the Massachusetts Supreme Judicial Court prohibited a direct attack on the Soldiers' and Sailors' Relief Act, which means that any challenge has to be made collaterally. Without a registered agent to serve, no attack is possible against Defendant, even collaterally. Plaintiff had extreme difficulty to obtain the necessary information to bring this action.

40. Defendant brought the foreclosure action in 2012. Further, it obtained at least four continuances in the Land Court for the purposes of making personal service as required in Land Court.

41. Thereafter, Defendant filed a return of service with a photocopy of publication in the Boston Globe, dated December 29, 2012 and recorded in the Suffolk County Registry of Deeds, January 18, 2013. Plaintiff says this is a clear violation of the foreclosure statute, Massachusetts General Laws, Chapter 244 §14, which requires a cut-out of the original publication and the certified mail receipt card which was not done in this case. Further, it was not filed until November 11, 2013. Plaintiff says Defendant improperly sat on its hands.

42. A new certificate of notice for personal service was issued in October 2013

43. Defendant intentionally and deliberately, with knowledge of his correct address, purposely and wrongly served Plaintiff at an address that it knew Plaintiff did not reside or maintain a residence of any type.

44. Defendant had actual knowledge of Plaintiff's actual home address as evidenced by its filings in the Land Court.

45. Defendant knew that the Land Court would rely on their fraudulent behavior and conduct.

46. Defendant's actions have harmed Plaintiff by being preventing him from re-financing at lower and better rates, including being able to obtain a mortgage to pay off the mortgage and note Defendant claims to hold and is incurring costs and expenses for bringing this action as well as attorney's fees.

47. Plaintiff suffered financial and emotional distress as a result of Defendant's fraudulent actions.

## COUNT TWO: MISREPRESENTATION

48. Plaintiff restates and re-avers all paragraphs above as if expressly set forth herein.

49. Defendant misrepresented the facts to the Land Court as to the required service by implying that good service had been achieved in Plymouth County when Defendant knew that this was not the case, as Plaintiff's address was clearly listed in the Land Court Complaint and Affidavit.

50. Defendant misrepresented to the Land Court, Plaintiff's address on the return of service with an address for the Plaintiff that it knew to be false, incorrect and otherwise misleading.

51. As a result of Defendant's misrepresentations, on which the Land Court relied, the judgment of foreclosure issued.

52. Defendant knew and had reason to know that the Land Court would rely on its misrepresentations.

53. But for the Defendant's misrepresentations, the Land Court would not have issued a judgment of foreclosure.

54. As a result of Plaintiff's successful opposition to Defendant's 2009 foreclosure action, Defendant purposely sought to gain an advantage by preventing Plaintiff from opposing it again when it obtained the 2013 foreclosure judgment. As a result of depriving Plaintiff of his lawful due process rights, Defendant has harmed and injured Plaintiff by impairing and preventing him from re-financing at lower rates, including rates that would allow him to obtain a mortgage to pay off the existing mortgage that Defendant claims to hold.

55. Plaintiff has suffered financial and emotional injuries as a result of Defendant's actions.

## CONCLUSION

WHEREFORE, Plaintiff prays for the following equitable and damages relief:

A. A temporary Restraining Order against Deutsche Bank Trust Co. of America, individually, and as Trustee for Deutsche Bank Trust Co. of America, including all individuals, Attorneys, Agents, Employees, Servants, Contractors, Constables, Deputy Sheriffs, Auctioneers, Appraisers and they be restrained from acting against the property located at 50 Magnolia Street, Boston, Massachusetts.

B. A temporary injunction be issued under the terms stated in Count One of the Complaint.

C. A permanent injunction be issued under the terms stated in Count One of the Complaint.

D. A copy of this Complaint and any other orders be forwarded to the Land Court with a recommendation that it be reviewed with the findings of the Land Court.

E. Plaintiff will be irrevocably harmed by the loss of his home and possible eviction which monetary damages cannot adequately address.

F. That Judgment be entered for the Plaintiff against the Defendant in an amount to be determined by the Court.

G. Such further relief as this Court deems equitable and just.

By his Attorney

William M. White, Jr.
William M. White, Jr. and Associates, LLC
218 Lewis Wharf
Boston, MA 02110
617. 720.2002

**JURY DEMAND**

**PLAINTIFF DEMANDS A TRIAL BY JURY**

**<u>VERIFICATION</u>**

I, Donnie Myers, do hereby affirm and verify that the foregoing facts as described above are true and accurate.

Donnie Myers
50 Magnolia Street
Boston, MA 02110

# EXHIBIT A

12 MISC 473719

Deutsche Bank National Trust Company

November 26, 2013
Date
LET JUDGMENT ISSUE:

*Karyn F Scheier*

Karyn F Scheier, Chief Justice

# COMMONWEALTH OF MASSACHUSETTS

## LAND COURT

## DEPARTMENT OF THE TRIAL COURT

Suffolk, ss.                                                     MISC

2012 NOV 13 PM 2:16
LAND COURT FILED

Deutsche Bank Trust Company Americas as
Trustee for RALI 2006-QS4,
Plaintiff

v.

Donnie Meyers,
Defendant(s)

**COMPLAINT TO DETERMINE
MILITARY STATUS**

1. Your Plaintiff has an interest in a mortgage with the statutory power of sale given by **Donnie Myers a/k/a Donnie Meyers to Mortgage Electronic Registration Systems, Inc. as nominee for, Homecomings Financial Network, Inc., its successors and assigns dated February 23, 2006, recorded with the Suffolk County Registry of Deeds at Book 39103, Page 299, covering 50 Magnolia Street, Boston (Dorchester District)** and more particularly described in said mortgage.

2. No Defendant(s) is/are in the military service within the meaning of the Servicemembers Civil Relief Act, 50 U.S.C. App. § 501 (*et seq*)

3. The Plaintiff alleges on information and belief that the Defendant(s) is/are the only person(s) holding the equity of redemption of the property covered by the mortgage described in Paragraph 1 of this Complaint so far as appears of record in the said Registry of Deeds and as known to your plaintiff.

4. The holder of the mortgage seeks to proceed with the foreclosure of said mortgage described in Paragraph 1 to protect its interest as secured thereby for breach of the conditions thereof and desires to comply with the provisions of the Servicemembers Civil Relief Act

   Wherefore your plaintiff prays:

1. For an order of notice ordering the Defendant(s) to appear and answer this complaint if Defendant(s) is/are now, or recently have been, in the active military service and claim the benefits of the Servicemembers Civil Relief Act.

2. For a judgment declaring that the Defendant(s) is/are not entitled to the benefits of the Servicemembers Civil Relief Act.

*Rebecca L Panosky*
ATTORNEY FOR THE PLAINTIFF
BBO. # 674795
Date: 11/13/12

Rebecca L. Panosky, Esq. - BBO# 674795
Orlans Moran, PLLC
P.O. Box 962169
Boston, MA 02196
Phone (617) 502-4100

*2 pages*

I HEREBY ATTEST AND CERTIFY ON
Dec. 12 th 2013 THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

BY *Deborah J. Patterson*

1

From the Office of :

Orlans Moran PLLC

Deutsche Bank National Trust Company

P.O. 5041

Troy, MI 48007-5041

| | |
|---|---|
| Telephone No. (with extension): | (617) 502-4100 |
| Office File no. (If Available): | 703.2948 |

---

## LAND COURT USE ONLY

Under the provisions of the Servicemembers Civil Relief Act, this cause came on to be heard and thereupon, upon consideration thereof, it appearing to the Court that the Defendant(s) is/are not entitled to the benefits of said Act, it is hereby

**ORDERED** and **ADJUDGED** that the Defendant(s) ) is/are not entitled to the benefits of the Servicemembers Civil Relief Act, as of _November 26, 2013_, the date of the allowance of Plaintiff's motion for judgment.

By the Court.().

Attest:

(SEAL)

Deborah J. Patterson,
Recorder

DAB

# EXHIBIT B

COMMONWEALTH OF MASSACHUSETTS
LAND COURT
DEPARTMENT OF THE TRIAL COURT

*LAND COURT FILED 2012 NOV 13 PM 2: 16*

## MORTGAGEE'S AFFIDAVIT
### Under Massachusetts General Laws, Chapter 244, Section 35A
### (as amended St. 2010, Chapter 258, Section 7.)

Case No. 12 MISC 473719

Defendant(s)/Mortgagor(s):  DONNIE MYERS

Plaintiff(s):    Deutsche Bank Trust Company Americas as Trustee for RALI 2006-QS4

Property Address:    50 MAGNOLIA STREET

BOSTON    MA 02125

1) The undersigned makes oath and says that it is (check one):

( ) The Mortgagee of the Mortgage which is the subject of this proceeding; or
( ) One who holds under the Mortgagee; or
(X) One who is authorized to act by and on behalf of either the Mortgagee or one holding under the Mortgagee;

### AND

2) The undersigned further makes oath and says that (check one):

(X) The undersigned or a prior holder of the Mortgage has caused to be mailed the Notice(s) to Defendant(s)/Mortgagor(s) in compliance with Massachusetts General Law of Chapter 244, Section 35A, as amended;

### OR

( ) Notice has not been sent because no notice is required under Massachusetts General Law, Chapter 244, Section 35A, as amended

Signed under the pains and penalties of perjury this day 11/02/2012.

Plaintiff(s)
By: GMAC Mortgage, LLC as Servicer for Deutsche
Bank Trust Company Americas as Trustee for RALI 2006-QS4

Name: _AmyJo Trueg_

AmyJo Trueg
Title:    Authorized Officer

*one page + attachments*

I HEREBY ~~...~~
DEC. 12/21 2013
c
:

*Deborah g. Patterson*
*RQ*

## Homecomings Financial

*A GMAC Company*
PO Box 205
Waterloo, IA 50704-0205



LAND COURT
FILED
2012 NOV 13 PM 2: 16

10/13/08

DONNIE MYERS

PO BOX 51160
BOSTON          MA 02205

LAST KNOWN ADDRESS
Loan Number:          ████████
Property Address:     50 MAGNOLIA STREET 50 MAGNOLIA STREET
                      BOSTON          MA 02125

Dear Customer(s):

### YOU ARE IN DEFAULT UNDER THE TERMS OF YOUR MORTGAGE AND NOTE.

You have not made the payments as required by your Mortgage and Note. Please refer to your mortgage documents for additional information.Homecomings Financial, LLC is providing this notice as servicing agent, or otherwise on behalf of, Residential Funding Corp whose address is; 2255 N Ontario Street Suite 400 Burbank, CA 91504-3120

Pursuant to M.G.L Chapter 244, Section 35A (b) & (c) as amended, failure to bring your account current by 01/11/2009 may result in our election to exercise our right to accelerate the Mortgage and take steps to terminate your ownership in the property by a foreclosure proceeding. Upon acceleration, your total obligation will be immediately due and payable without further demand.

Your account is now due for the 08/01/08 payment and succeeding payments and late charges. This is a demand for payment of the total amount due and owing as of the date of this letter, which is as follows:

Payments 
Late Charges
Fees, costs and other amounts accrued to date

Less: Suspense

Total Amount Due Calculation

You have the right to cure your default on or before 01/11/2009. In order to cure your default, you must bring your account current by remitting the total amount due as shown above, plus any additional monthly payments, late charges and other charges that may become due under applicable law between the date of this letter and the date that we receive, your payment. If you do not cure your default by 01/11/2009 we may take steps to terminate your ownership in the property by a foreclosure proceeding or other action to seize the property. If you are unable to bring your account current, we urge you to contact our Loss Mitigation Department at 800-799-9250 to discuss possible alternatives to foreclosure.

PAYMENT REMITTANCE INFORMATION (always include Loan # with your payment) - **Please send certified funds (certified check, cashier's check, or money order) using one of the following options:**
Western Union /Money Gram, or send regular or overnight mail to:

Homecomings Financial, LLC
P.O. Box 205
Waterloo IA 50704
800-799-9250

In the event you disagree with the alleged default, or the amount required to cure your default, please contact us at the above address or phone number.



The name of the person that originated your loan is Homecomings Financial, LLC. Notwithstanding anything herein to the contrary, you have the right to reinstate your Mortgage even after acceleration and the right to bring a court action to assert the non- existence of a default or any other defense to acceleration and sale.

Financial assistance may be available to you from programs operated by the State or Federal Government. Below is a list of Government agencies that you may wish to contact or ascertain whether you qualify for assistance.

Massachusetts Division of Banks
    (617) 956-1501 or (800) 495-BANK, ext.501
Massachusetts Housing Finance Agency
    (617) 854-1000, (413) 733-0999 or (888) 995 HOPE
HUD approved Housing Counseling:
    1-800-569-4287
    http://www.hud.gov/offices/hsg/sfh/hcc/hccprof14.cfm
Veterans Administration:
    1-800-827-1000

If you are represented by an attorney, please consult with that attorney and provide us with the attorney's name, address and telephone number. To the extent your obligation has been discharged, or is subject to the automatic stay in a bankruptcy proceeding under Title 11 of the United States Code, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect an indebtedness as your personal obligation.

Sincerely,


Collections Department


This is an attempt to collect on a debt and any information obtained will be used for that purpose.

# EXHIBIT C

COMMONWEALTH OF MASSACHUSETTS

LAND COURT
FILED
2012 NOV 13 PM 2: 16

LAND COURT

(SEAL)

DEPARTMENT OF THE TRIAL COURT

12 MISC 473719

ORDER OF NOTICE

TO:

**Donnie Meyers**

and to all persons entitled to the benefit of the Servicemembers Civil Relief Act:, 50 U.S.C. App. § 501 *et seq.*:

**Deutsche Bank Trust Company Americas as Trustee for RALI 2006-QS4,**

claiming to have an interest in a Mortgage covering real property in Boston (Dorchester District), 50 Magnolia Street, given by Donnie Myers a/k/a Donnie Meyers to Mortgage Electronic Registration Systems, Inc. as nominee for, Homecomings Financial Network, Inc., its successors and assigns, dated February 23, 2006, recorded with the Suffolk County Registry of Deeds at Book 39103, Page 299, and now held by plaintiff by assignment, has/have filed with this court a complaint for determination of Defendant's/Defendants' Servicemembers status.

If you now are, or recently have been, in the <u>active</u> military service of the United States of America, then you may be entitled to the benefits of the Servicemembers Civil Relief Act. If you object to a foreclosure of the above-mentioned property <u>on that basis</u>, then you or your attorney must file a written appearance and answer in this court at **Three Pemberton Square, Boston, MA 02108** on or before   <u>JAN 2 8 2013</u> or you will be forever barred from claiming that you are entitled to the benefits of said Act.

Witness, KARYN F. SCHEIER Chief Justice of this Court on   **DEC 1 4 2012**

Attest:

A TRUE COPY
ATTEST:

*Deborah J. Patterson*
**RECORDER**

Deborah J. Patterson
*Recorder*

*one page - 2 sided*

I HEREBY ATTEST AND CERTIFY ON
DEC. 12th 2013     THAT THE
FCR...
OR...
A...

By *Deborah J. Patterson*
  RD.

(PLEASE SEE REVERSE FOR RETURN ON ORDER OF NOTICE)

# RETURN ON ORDER OF NOTICE

I hereby on oath state that I have published a copy of the within order of notice in the

Boston Globe_____, a newspaper published in Boston (Dorchester District)_____

_____, in the County of Suffolk_____

and said Commonwealth, to wit: on the 29th day of December, 2012_____

a copy of which publication is hereto attached, and by mailing by certified or registered mail a copy of said

notice not less than fourteen days before the return day to each defendant named in said complaint, that I

am enclosing herewith certified or registered mail receipts therefore, or successfully served Deputy Sheriff

services; and that I recorded on January 18, 2013_____

a copy of said notice in the registry of deeds in which the mortgage is/are recorded.

ORLANS MORAN PLLC

November 22,_____ 2013

BY: _____

Subscribed and sworn to before me

_____
Notary Public

Anna Dechene Shibbani, Esq. - BBO# 685877
Orlans Moran, PLLC
P.O. Box 540540
Waltham, MA 02454
Phone (781) 790-7800

**LEGAL NOTICES**

COMMONWEALTH OF
MASSACHUSETTS (SEAL)
LAND COURT DEPARTMENT
OF THE TRIAL COURT
473719
**ORDER OF NOTICE**
TO:
Donnie Meyers
and to all persons entitled to
the benefit of the Service-
members Civil Relief Act, 50
U.S.C. App. § 501 et seq.:

Deutsche Bank Trust
Company Americas as
Trustee for RALI 2006-
QS4,

claiming to have an interest
in a Mortgage covering real
property in Boston (Dorch-
ester District), 50 Magno-
lia Street, given by Donnie
Myers a/k/a Donnie May-
ers to Mortgage Electron-
ic Registration Systems,
Inc., as nominee for
Homecomings Financial
Network, Inc., its succes-
sors and assigns, dated
February 23, 2006, record-
ed with the Suffolk County
Registry of Deeds at Book
39193, Page 299, and now
held by plaintiff by assign-
ment, has/have filed with
this court a complaint for de-
termination of Defen-
dant's/Defendants' Service-
members status.

If you now are, or recently
have been, in the active mili-
tary service of the United
States of America, then you
may be entitled to the bene-
fits of the Servicemembers
Civil Relief Act. If you object
to a foreclosure of the above-
mentioned property on that
basis, then you or your attor-
ney must file a written ap-
pearance and answer in this
court at Three Pemberton
Square, Boston, MA
02108 on or before January
28, 2013 or you will be forev-
er barred from claiming that
you are entitled to the bene-
fits of said Act.

Witness, KARYN F. SCHEIER
Chief Justice of this Court on
December 14, 2012.
Attest:
Deborah J. Patterson
Recorder

703.2948

189.5744

# EXHIBIT D

## COMMONWEALTH OF MASSACHUSETTS

(SEAL)                    ### LAND COURT

### DEPARTMENT OF THE TRIAL COURT

**MISC 473719**

### ORDER OF NOTICE

TO:

**Donnie Meyers**

and to all persons entitled to the benefit of the Servicemembers Civil Relief Act:, 50 U.S.C. App. §501 *et seq.*:

**Deutsche Bank Trust Company Americas as Trustee for RALI 2006-QS4,**

claiming to have an interest in a Mortgage covering real property in **Boston (Dorchester District)**, numbered **50 Magnolia Street**, given by **Donnie Myers a/k/a Donnie Meyers to Mortgage Electronic Registration Systems, Inc. as nominee for, Homecomings Financial Network, Inc., its successors and assigns,** dated **February 23, 2006,** and recorded in Suffolk County Registry of Deeds in Book 39103, Page 299, and now held by plaintiff by assignment, has/have filed with this court a complaint for determination of Defendant's/Defendants' Servicemembers status.

If you now are, or recently have been, in the <u>active</u> military service of the United States of America, then you may be entitled to the benefits of the Servicemembers Civil Relief Act. If you object to a foreclosure of the above-mentioned property <u>on that basis</u>, then you or your attorney must file a written appearance and answer in this court at **Three Pemberton Square, Boston, MA 02108** on or before *November 25, 2013* or you will be forever barred from claiming that you are entitled to the benefits of said Act.

Witness, KARYN F. SCHEIER Chief Justice of this Court on *October 28, 2013*

Attest:

*one page + attachment*

I HEREBY ATTEST AND CERTIFY ON
*DEC 12TH 2013* THAT THE
FORGOING _____ FULL
_____
_____

BY *Deborah J. Patterson*
*AD.*

_____

Deborah J. Patterson
Recorder

(PLEASE SEE REVERSE FOR RETURN ON ORDER OF NOTICE)

# RETURN ON ORDER OF NOTICE

I hereby on oath state that I have published a copy of the within order of notice in the

_____, a newspaper published in

_____, in the County of _____

and said Commonwealth, to wit: on the _____ day of _____

20_____ a copy of which publication is hereto attached, and by mailing by certified or

registered mail a copy of said notice not less than fourteen days before the return day for each

defendant named in said complaint, that I am enclosing herewith certified or registered mail

receipts therefor, or successfully served Deputy Sheriff services; and that I recorded

on _____ a copy of

said notice in the registry of deeds in which the mortgage is/are recorded.

ORLANS MORAN PLLC

_____20

BY: _____

Subscribed and sworn to before me

_____

Notary Public

**NOTE:**

1. **Photocopy only the front side of this Order of Notice for your Publication and Service.**
2. **This return must be executed properly and returned to the Land Court with signed Certified Mail green cards (if any) stapled to the front of this form like W-2 Forms on a tax return and the actual newspaper clipping taped below (tape top and bottom only).**

| TAPE |
| :---: |
| AD |
| HERE |

| TAPE 2nd |
| :---: |
| COLUMN HERE |
| IF NEEDED |

# COMMONWEALTH OF MASSACHUSETTS
## LAND COURT
### DEPARTMENT OF THE TRIAL COURT

Case No.:   12 MISC 473719

Case Name:  **Deutsche Bank National Trust Company Americas as v. Donnie Meyers**

**Return Date:   11/25/2013**

## SERVICEMEMBERS CASES
## SERVICE INSTRUCTION SHEET
### For Service Only

The plaintiff is hereby ordered to serve the within notice by:

(a)   making a copy (or copies) of the notice,

(b)   downloading and printing a copy of the Limited Assistance Representation Information Sheet (from the Land Court website), and

(c)   mailing both the notice and the Limited Assistance Representation Information sheet by certified or registered mail (return receipt requested) not less than fourteen (14) days before the return day to each defendant named in said complaint;

Service may also be made by deputy sheriff.  Please do not use a constable.

Very truly yours,

Deborah J. Patterson
Deborah J. Patterson
Recorder

Dated:  **10/28/2013**